THE PEOPLE ex rel. LUCY S. DEVELIN, Respondents, *v.* THOMAS B. ASTEN et al., Assessors, etc., Appellants.

(Argued April 4, 1876; decided April 11, 1876.)

REPORTED below, 4 Hun, 461.

*W. C. Whitney* for the appellants.

*Chas. E. Miller* for the respondents.

Agree to affirm on opinion of General Term.
All concur.
Order affirmed.

---

EDGAR M. BIRDSALL, Appellant, *v.* CHARLES STROBRIDGE, Respondent.

(Argued April 4, 1876; decided April 11, 1876.

*Brown & Wood* for the appellant.

*D. Morris* for the respondent.

Agree to dismiss appeal. No opinion.
All concur.
Appeal dismissed.